# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRNA DEL CARMEN-SORTO, | Case No. CV 15-3070-SJO (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ERIC H. HOLDER, JR., et al., | |
| Respondents. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 6, 2016.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE